**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Arne Henry Mahlberg,     Case No. 24-cv-1989 (PJS/DTS)

    Petitioner,

v.     **ORDER**

State of Minnesota,

    Respondent.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated August 9, 2024. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED**:

1. Petitioner Arne Henry Mahlberg's Petition Under 28 U.S.C. [§] 2254 for Writ of Habeas Corpus by a Person in State Custody, Dkt. No. 1, is **DENIED**.

2. Mahlberg's Application to Proceed in District Court Without Prepaying Fees or Costs, Dkt. No. 2, and Motion for Attorney for [§] 2254 Petition, Dkt. No. 3, is **DENIED** as moot.

3. This action is **DISMISSED**.

4. No certificate of appealability will be issued.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 9/9/2024     s/Patrick J. Schiltz_____
    Patrick J. Schiltz
    Chief Judge
    United States District Court